IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3184 |
| v. | ) ) | |
| COMMERCIAL HEDGE SERVICES, INC., d/b/a PRIME TRADING COMPANY; PRIME TRADING COMPANY INC.; LAWRENCE JOSEPH VOLF; PT HOLDINGS, INC., d/b/a PRIME TRADING; SHERMAN COUNTY MANAGEMENT, INC., and SHERMAN COUNTY BANK, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

On the court's own motion,

IT IS ORDERED:

The time of the Rule 16 conference on October 14, 2005 is changed from 9:00 a.m. to **8:15** a.m.

DATED this 6th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge