```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

COMMODITY FUTURES TRADING        )
COMMISSION,                      )
                                 )
            Plaintiff,           )        4:04CV3184
                                 )
      v.                         )
                                 )
COMMERCIAL HEDGE SERVICES,       )        MEMORANDUM AND ORDER
INC., d/b/a PRIME TRADING        )
COMPANY; PRIME TRADING           )
COMPANY INC.; LAWRENCE           )
JOSEPH VOLF; PT HOLDINGS,        )
INC., d/b/a PRIME TRADING;       )
SHERMAN COUNTY MANAGEMENT,       )
INC., and SHERMAN COUNTY         )
BANK,                            )
                                 )
            Defendants.          )
```

A conference with counsel was held in chambers on October 14, 2005, pursuant to Fed. R. Civ. P. 16. Counsel had met previously by telephone and identified some major issues that will substantially impact the course of discovery in this case. The parties have begun written discovery and some informal discovery, but document discovery and depositions will require a very large commitment of time. In order to better get acquainted with that prospect, counsel agreed to embark on document discovery from third parties, and from that, counsel will propose a discovery and deposition plan. Once that is completed, another conference with the court will establish more definite deadlines and a trial schedule.

       IT THEREFORE HEREBY IS ORDERED:

       1.   Counsel may conduct discovery as they agree, concentrating on document discovery as regards persons or entities that are not parties in this case.

      2.  A telephone conference with counsel and the court will be convened at 1:30 p.m. Central Time, January 19, 2006 for the purpose of establishing discovery deadlines and scheduling the case to trial.  Plaintiff's counsel shall initiate the call.

      3.  Prior to the conference counsel shall confer and propose their joint, or if necessary, separate schedules to progress the case to trial reasonably expeditiously.  Such proposal(s) shall be submitted to the undersigned by letter on or before January 16, 2006.

      DATED this 18th day of October, 2005.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge