```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3184 |
| v. | ) ) ) | |
| COMMERCIAL HEDGE SERVICES, PRIME TRADING, LAWRENCE JOSEPH VOLF, SHERMAN COUNTY BANK, SHERMAN COUNTY MANAGEMENT, INC., and PT HOLDINGS, INC., | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The parties' stipulation, filing 60, is granted and the deadline for plaintiff to serve answers, responses, and objections to the Interrogatories, Requests for Admission, and Requests for Production served by defendant Prime Trading Company is extended to November 9, 2005.

DATED this 25th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge