IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | 4:04CV3184 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| COMMERCIAL HEDGE SERVICES, et al., | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' stipulation (filing 68), construed as a joint motion for enlargement of time, is granted, as follows:

1. Plaintiff shall have until January 31, 2006, to respond to the motion for partial summary judgment filed by Defendants Commercial Hedge Services, Inc., Prime Trading Company, Inc., Lawrence Volf, and PT Holdings, Inc. (filing 63).

2. Defendants Commercial Hedge Services, Inc., Prime Trading Company, Inc., Lawrence Volf, and PT Holdings, Inc., shall have until February 6, 2006, to respond to Plaintiff's outstanding discovery requests.

December 29, 2005.                    BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge