IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | 4:04CV3184 |
| Plaintiff, | ) | |
| vs. | ) ) | **ORDER** |
| COMMERCIAL HEDGE SERVICES, et al., | ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 72) is granted, as follows:

Plaintiff shall have until January 31, 2006, to respond to the motion for partial summary judgment filed by Defendants Sherman County Management, Inc., and Sherman County Bank (filing 69).

January 9, 2006.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge