IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3184 |
| v. | ) ) ) | |
| COMMERCIAL HEDGE SERVICES, PRIME TRADING, LAWRENCE JOSEPH VOLF, SHERMAN COUNTY BANK, SHERMAN COUNTY MANAGEMENT, INC. and PT HOLDINGS, INC., | ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

Counsel met by conference telephone call this date, pursuant to Fed. R. Civ. P. 16.  Counsel discussed the status of the case and what might be a reasonable plan for discovery and preparation for trial.  It was agreed that the court's ruling on the pending motions for summary judgment would influence greatly the amount of discovery necessary in the case.  Counsel have agreed to proceed presently with discovery depositions of the participants whose testimony is likely to be necessary, and hopefully to have a better idea of specific discovery needs in about 60 days.  They suggested we confer further at that time, and the court agrees.

IT THEREFORE HEREBY IS ORDERED, a conference with counsel pursuant to Fed. R. Civ. P. 16 will be convened by telephone conference call with counsel and the undersigned on March 28, 2006 at 1:30 p.m. central time

for reviewing the status of the case and further plans to prepare it for trial.  Plaintiff's counsel shall place the call.

DATED this 19th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge