IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, )<br>)<br>Plaintiff, )<br>)     4:04-CV-3184<br>v. )<br>)     **ORDER**<br>COMMERCIAL HEDGE SERVICES, *et al.*, )<br>)<br>Defendants. )<br>) | |

     IT IS ORDERED that the parties' Stipulation and Joint Motion for Enlargement of Time (filing 83) is granted and Defendants Commercial Hedge Services, Inc., Prime Trading Company, Inc., Lawrence Volf, and PT Holdings, Inc. shall have until February 22, 2006, to respond to Plaintiff's outstanding discovery requests.

     Dated:  February 6, 2006.

                              BY THE COURT

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge

Ws15