IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION | ) ) ) | 4:04CV3184 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| COMMERCIAL HEDGE SERVICES, PRIME TRADING COMPANY, PT HOLDINGS, LAWRENCE VOLF, SHERMAN COUNTY MANAGEMENT, and SHERMAN COUNTY BANK | ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for an Enlargement of Time to File Plaintiff's Expert Report and Conduct Expert Deposition, filing 94, is GRANTED. Plaintiff shall have until June 28, 2006, within which to inform the parties and the court of a date upon which its current expert will be able to complete his report or for another expert to be hired and prepare a report.

DATED: May 24, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

1