IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION | ) ) ) | 4:04CV3184 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| COMMERCIAL HEDGE SERVICES, PRIME TRADING COMPANY, PT HOLDINGS, LAWRENCE VOLF, SHERMAN COUNTY MANAGEMENT, and SHERMAN COUNTY BANK | ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) | |

IT IS HEREBY ORDERED that plaintiff's status report and motion for additional time, filing 98, is granted and plaintiff shall have until October 1, 2006, within which provide its expert report to defendants and defendants shall have until November 15, 2006, to depose plaintiff's expert. Further, defendants shall have until January 15, 2007, to provide their expert report to plaintiff.

DATED: July 11, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

1