```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

COMMODITY FUTURES TRADING        )
COMMISSION,                      )
                                 )
            Plaintiff,           )         4:04CV3184
                                 )
     v.                          )
                                 )
COMMERCIAL HEDGE SERVICES,       )         MEMORANDUM AND ORDER
PRIME TRADING, LAWRENCE          )
JOSEPH VOLF, SHERMAN COUNTY      )
BANK, SHERMAN COUNTY             )
MANAGEMENT, INC., and PT         )
HOLDINGS, INC.,                  )
                                 )
            Defendants.          )
                                 )
```

A telephone conference was held with counsel this date concerning the status of the case and its preparation for trial. Counsel reported on their progress with expert witnesses' reports and discovery, and agreed that no action by the court was necessary at this time. Another status conference will be held in October, 2006 to further address scheduling matters. It is now anticipated that the trial will take place in the fall of 2007.

IT THEREFORE HEREBY IS ORDERED,

A telephone conference call will be held October 5, 2006 at 3:00 p.m. central time. Plaintiff's counsel shall place the call.

DATED this 31st day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge