IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3184 |
| v. | ) ) | |
| COMMERCIAL HEDGE SERVICES, et al., | ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

   A telephone conference with counsel was held this date in accordance with Fed. R. Civ. P. 16.  Counsel discussed the status of their case preparations, including expert witness disclosures and deposition plans.  Also discussed was the status of settlement negotiations.  Following discussion, it was agreed to leave the present scheduling requirements in place in order to allow counsel to continue seeking settlement, once the plaintiff has disclosed its damages calculations.  Another conference was scheduled to report on the status of the case after that process has at least begun.

   IT THEREFORE HEREBY IS ORDERED, another telephone conference is set for December 14, 2006 at 1:30 p.m., CST.  Plaintiff's counsel shall initiate the call.

   DATED this 5th day of October, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge