IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | 4:04cv3184 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| COMMERCIAL HEDGE SERVICES, d.b.a. PRIME TRADING COMPANY, PRIME TRADING COMPANY, INC., LAWRENCE JOSEPH VOLF, PT HOLDINGS, INC. d.b.a. PRIME TRADING, SHERMAN COUNTY MANAGEMENT, INC., and SHERMAN COUNTY BANK, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' Joint Motion for Extension of Time (filing 104), is granted and Defendants, Commercial Hedge Services, Prime Trading Company, Inc., Lawrence Joseph Volf, PT Holdings, Inc., Sherman County Management, Inc., and Sherman County Bank shall have until January 15, 2007, to depose Plaintiff's expert, Dennis M. Conley, and until March 15, 2007, to provide Defendants' expert report.

Dated:  November 3, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

218425