IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3184 |
| v. | ) ) | |
| COMMERCIAL HEDGE SERVICES, et al., | ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

Counsel conferred with the court on this date pursuant to prior order and Fed. R. Civ. P. 16.  Counsel reported on their progress thus far with respect to disclosing the plaintiff's calculations of claimed damages, and indicated that additional time may be necessary to prepare experts' reports and complete experts' depositions.  The court agreed.

IT THEREFORE HEREBY IS ORDERED:

1.  The parties' joint oral requests for extension of time are granted, and

    a.  Defendants are given until March 1, 2007 to depose the plaintiff's expert witness; and

    b.  Defendants are given until April 30, 2007 to make their Rule 26(a)(2) disclosures of expert witnesses.

2.  Another telephonic conference with counsel shall be held on January 23, 2007 at 1:30 p.m., Central Time, pursuant to Fed. R. Civ. P. 16.  **Plaintiff's counsel shall initiate the call.**  Counsel shall confer prior to the call regarding deposition plans and also special provisions that should be made with respect to the presentation of evidence at the trial.  It is now anticipated that the matter will be set for trial in November, 2007.

DATED this 14th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge