```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3184 |
| v. | ) ) ) | |
| COMMERCIAL HEDGE SERVICES, PRIME TRADING, COMPANY, LAWRENCE JOSEPH VOLF, SHERMAN COUNTY BANK, SHERMAN COUNTY MANAGEMENT, INC., and PT HOLDINGS, INC., | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1. The settlement conference in this case remains scheduled for January 24, 2007 beginning at 9:00 a.m.

2. The telephonic conference scheduled for January 23, 2007 at 1:30 p.m. is continued pending the outcome of the settlement conference.

3. If the case does not settle during the settlement conference, the court will initiate a hearing with counsel at the close of the conference to discuss the continued progression of this case, including deposition plans and any special provisions that should be made with respect to the presentation of evidence at trial.

DATED this 12th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge