IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | 4:04cv3184 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| COMMERCIAL HEDGE SERVICES, d.b.a. PRIME TRADING COMPANY, PRIME TRADING COMPANY, INC., LAWRENCE JOSEPH VOLF, PT HOLDINGS, INC. d.b.a. PRIME TRADING, SHERMAN COUNTY MANAGEMENT, INC., and SHERMAN COUNTY BANK, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' Joint Motion for Extension of Time (filing 111) is granted and Defendants, Commercial Hedge Services, Prime Trading Company, Inc., Lawrence Joseph Volf, PT Holdings, Inc., Sherman County Management, Inc., and Sherman County Bank, shall have until May 1, 2007, to depose Plaintiff's expert, Dennis M. Conley, and until June 30, 2007, to provide Defendants' expert report.

Dated: February 16, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

CFTC-time.wpd