IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | 4:04cv3184 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| COMMERCIAL HEDGE SERVICES, d.b.a. PRIME TRADING COMPANY, PRIME TRADING COMPANY, INC., LAWRENCE JOSEPH VOLF, PT HOLDINGS, INC. d.b.a. PRIME TRADING, SHERMAN COUNTY MANAGEMENT, INC., and SHERMAN COUNTY BANK, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' Joint Motion for Extension of Time (filing 122) is granted and Defendants, Commercial Hedge Services, Prime Trading Company, Inc., Lawrence Joseph Volf, PT Holdings, Inc., Sherman County Management, Inc., and Sherman County Bank, shall have until October 15, 2007, to depose Plaintiff's expert, Dennis M. Conley, and until December 1, 2007, to provide Defendants' expert report.

Dated: August 28, 2007.

                                BY THE COURT

                                s/ *David L. Piester*

                                David L. Piester
                                United States Magistrate Judge

CFTC-time.wpd