IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3184 |
| v. | ) ) | |
| COMMERCIAL HEDGE SERVICES, d.b.a PRIME TRADING COMPANY, PRIME TRADING COMPANY, INC., LAWRENCE JOSEPH VOLF, PT HOLDINGS, INC., d.b.a PRIME TRADING, SHERMAN COUNTY MANAGEMENT, INC., and SHERMAN COUNTY BANK, | ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

The parties' joint motion for a Rule 16 conference, filing 124, is granted and a telephone conference is set for December 4, 2007 at 9:00 a.m., Central Time. Plaintiff's counsel shall initiate the call.

DATED this 26th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge